Edwin J. Richards (SBN 43855)
Christopher D. Glos (SBN 210877)
Rebecca L. Wilson (SBN 257613)
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, California 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: Edwin.Richards@KutakRock.com
Email: Christopher.Glos@KutakRock.com

Attorneys for Defendants
CITY OF SAN JUAN CAPISTRANO, J.R. TORREZ, AND ALEJANDRA MOLINA

**[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHUYLER LIFSCHULTZ; MYLES SACHS; and ASHBY ENTERPRISES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JUAN CAPISTRANO; J.R. TORREZ, individually; ALEJANDRA MOLINA, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:19-cv-01497-JVS-ADS<br><br>Assigned to<br>District Judge: Hon. James V. Selna<br>Courtroom: 10C<br><br>Assigned Discovery:<br>Magistrate Judge: Autumn D. Spaeth<br><br>**Discovery Document:**<br>**Referred to**<br>**Magistrate Judge Autumn D. Spaeth**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER**<br><br>Date:       July 15, 2020<br>Time:     10:00 A.M.<br>Ctrm.:    6B, 6th Floor<br><br>Complaint Filed: August 2, 2019<br>Discovery Cut-Off: Oct. 1, 2020<br>Pre-Trial Conf.: January 4, 2021<br>Trial Date:       January 12, 2021 |

/ / /

/ / /

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 1 -                                        8:19-cv-01497-JVS-ADS
NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER
4852-8806-9824.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Defendants City of San Juan Capistrano, J.R. Torrez, and Alejandra Molina ("Defendants") will move for a protective order to preclude Plaintiffs from questioning City employees J.R. Torrez and Alejandra Molina at deposition on their personal and family financial condition until Plaintiffs present at least a scintilla of evidence to support a punitive damages claim against either of them.

Defendants' Motion for Protective Order is based on this Notice of Motion, the Joint Stipulation; the Declaration of Rebecca L. Wilson in Support of the Motion and corresponding exhibits, the Declaration of Jason Moberly Caruso in support of Plaintiffs' Opposition to the Motion and corresponding exhibits, all papers, pleadings, records, and files in this case; all matters of which judicial notice may be taken; all supplemental memoranda which may be submitted pursuant to Local Rule 37-2.3; and any arguments or evidence as may be presented to the Court at or prior to a hearing on this Motion.

Dated: June 16, 2020                KUTAK ROCK LLP


By:  /s/ *Rebecca L. Wilson*
    Edwin J. Richards
    Christopher D. Glos
    Rebecca L. Wilson
    Attorneys for Defendants
    CITY OF SAN JUAN CAPISTRANO, J.R. TORREZ, AND ALEJANDRA MOLINA

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 2 -                                           8:19-cv-01497-JVS-ADS
NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER
4852-8806-9824.1