NEWMEYER & DILLION LLP
CHARLES S. KROLIKOWSKI, CBN 185177
Charles.Krolikowski@ndlf.com
JASON MOBERLY CARUSO, CBN 287809
Jason.Caruso@ndlf.com
895 Dove Street, Fifth Floor
Newport Beach, California  92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiffs
SCHUYLER LIFSCHULTZ, MYLES SACHS, and
ASHBY ENTERPRISES, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHUYLER LIFSCHULTZ; MYLES SACHS; and ASHBY ENTERPRISES, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN JUAN CAPISTRANO; J.R. TORREZ, individually; ALEJANDRA MOLINA, individually; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.:  8:19-cv-01497-JVS-ADS <br> JUDGE:  Hon. James V. Selna, 10C <br> MAGISTRATE:  Autumn D. Spaeth <br><br> [Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth] <br><br> **STIPULATED MODIFICATION TO PROTECTIVE ORDER** <br><br><br> FILE DATE:　　　August 2, 2019 <br> FAC FILED:　　　December 27, 2019 <br> TRIAL DATE:　　January 12, 2021 |

**TO THE HONORABLE COURT:**

**COMES NOW** all parties to the litigation – Plaintiffs Schuyler Lifschultz, Myles Sachs, and Ashby Enterprises, LLC (collectively, "Plaintiffs") and Defendants City of San Juan Capistrano, J.R. Torrez, and Alejandra Molina (collectively, "Defendants") – each by and through their respective counsel, to submit this stipulated modification to the stipulated protective order ("Protective Order") issued in this action on July 7, 2020.  (Dkt. 51.)

WHEREAS, on or after July 27, 2017, the People of the State of California charged Mr. Lifschultz with felony vandalism and misdemeanor dumping in an action styled as *People v. Schuyler Ryan Lifschultz*, Orange County Superior Court case no. 17HF1276 (the "Criminal Action");

WHEREAS, on March 27, 2019, the People of the State of California moved to dismiss the Criminal Action in its entirety;

WHEREAS, on May 24, 2019, Mr. Lifschultz petitioned the Superior Court of California for a finding of factual innocence pursuant to Penal Code § 851.8 and/or 851.91;

WHEREAS, by order dated June 6, 2019 (the "Factual Innocence Order"), the Superior Court found Mr. Lifschultz, "factually innocent of the charges for which he was arrested on September 25, 2017, by the Orange County Sheriffs Department and which resulted in this cause of action by the Orange County District Attorney's Office, and he is therefore hereby exonerated";

WHEREAS, pursuant to Penal Code § 851.8 and/or 851.91, the Superior Court ordered that the Attorney General of the State of California and/or his agents, the District Attorney, County of Orange and/or his agents, and the Sheriff, County of Orange and/or his agents were to seal to Mr. Lifschultz's adult arrest and related records for misdemeanor Penal Code § 594(a)/(b)(1) and Penal Code § 374.3 (h)(I) for three years from the date of Mr. Lifschultz's arrest on September 25, 2017, and then pursuant to Penal Code § 851.8, destroy all such records as well as any request

- 2 -

1  to destroy such records and this Court's order to seal and destroy such records;

2  WHEREAS, the Superior Court further ordered those agencies to request the

3  destruction of any such records that had been given to any local, state, or federal

4  agency, person, and/or entity;

5  WHEREAS, on August 2, 2019, Mr. Lifschultz caused this action (the

6  "Federal Action") to be filed, bringing a cause of action against Defendants

7  pursuant to 42 U.S.C. § 1983 for malicious prosecution in violation of the Fourth

8  and Fourteenth Amendments of the United States Constitution, alleging Defendants

9  were responsible for his prosecution in the Criminal Action;

10  WHEREAS, in or about April 2020, Defendants issued document subpoenas

11  in the Federal Action to the District Attorney, County of Orange and the Sheriff,

12  County of Orange seeking arrest and other criminal records regarding Mr.

13  Lifschultz and the Criminal Action;

14  WHEREAS, the District Attorney refused to produce the subpoenaed records

15  in light of the Superior Court's June 6, 2019 Factual Innocence Order;

16  WHEREAS, on or about June 15, 2020, the City caused a motion to be

17  lodged with the Superior Court, seeking to unseal and stay the destruction of arrest

18  and related records regarding Mr. Lifschultz and the Criminal Action;

19  WHEREAS, the Parties' respective counsel have conferred regarding the

20  City's motion to the Superior Court and the relief requested therein, and have come

21  to an agreement concerning the same, conditioned upon this Court's issuance of an

22  order modifying its Stipulated Protective Order to apply to any arrest or criminal

23  records regarding Mr. Lifschultz produced in response to the document subpoenas

24  issued by Defendants in this action to the District Attorney, County of Orange and

25  the Sheriff, County of Orange;

26  WHEREAS, the Parties agree for the purposes of this stipulation that Mr.

27  Lifschultz has a state and federal constitutional right to privacy in any arrest or

28  criminal records that might be produced by the District Attorney, County of Orange

NEWMEYER DILLION

- 3 -

1    and the Sheriff, County of Orange pursuant to Defendants' subpoenas and the

2    Parties' stipulation in the Criminal Action;

3         IT IS HEREBY STIPULATED by and between the Parties as follows:

4         1.    As a matter of housekeeping, the Parties agree that the existing

5    Stipulated Protective Order applies to and protects plaintiffs Myles Sachs and

6    Ashby Enterprises, LLC with full force and effect;

7         2.    The existing Stipulated Protective Order's procedures and protections

8    are hereby modified to apply to any arrest or criminal records that might be

9    produced by the District Attorney, County of Orange and the Sheriff, County of

10   Orange pursuant to Defendants' subpoenas and the Parties' stipulation in the

11   Criminal Action;

12        3.    Any records sealed pursuant to California Penal Code § 851.8(k) by

13   the court in the civil actions and produced pursuant to this stipulated order may

14   only be opened and submitted into evidence in the Federal Action upon a showing

15   of good cause; and shall be confidential and shall be available for inspection only

16   by the court, jury, counsel for the parties, and any other person authorized by the

17   court in the Federal Action; and

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

- 4 -

STIPULATED MODIFICATION TO PROTECTIVE ORDER

4.     Immediately following the resolution of the Federal Action (to include the expiration of all deadlines to appeal, and the exhaustion of any appeals), records subject to California Penal Code § 851.8, subdivisions (a), (b), (c), (d), or (e) shall be sealed and destroyed pursuant to subdivisions (a), (b), (c), (d), or (e).

IT IS SO STIPULATED.

Dated:     September 1, 2020          NEWMEYER & DILLION LLP


By: */s/ Jason Moberly Caruso*
    Charles S. Krolikowski
    Jason Moberly Caruso
    Attorneys for Plaintiffs SCHUYLER
    LIFSCHULTZ, MYLES SACHS, and
    ASHBY ENTERPRISES, LLC


Dated:     September 1, 2020          KUTAK ROCK LLP


By: */s/ Christopher D. Glos*[1]
    Edwin J. Richards
    Christopher D. Glos
    Attorneys for Defendants CITY OF SAN
    JUAN CAPISTRANO, J.R. TORREZ, AND
    ALEJANDRA MOLINA

IT IS SO ORDERED.


DATED:     September 3, 2020          /s/ Autumn D. Spaeth
                                      HONORABLE AUTUMN D. SPAETH
                                      United States Magistrate Judge

---

[1] Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Jason Moberly Caruso, as the filer of this stipulation, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

STIPULATED MODIFICATION TO PROTECTIVE ORDER

**PROOF OF SERVICE**

United States District Court, Central District of California
8:19-cv-01497-JVS-ADS

STATE OF CALIFORNIA        )
                             )   ss.
COUNTY OF ORANGE       )

I, Audrey C. Evans, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 895 Dove Street, Fifth Floor, Newport Beach, California 92660. On September 1, 2020, I served a copy of the within document(s):

**STIPULATED MODIFICATION TO PROTECTIVE ORDER**

☒    I hereby certify that on September 1, 2020, I electronically filed the above-referenced document(s) with the United States District Court, Central District of California, by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Newport Beach, California addressed as set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

*See attached Service List.*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on September 1, 2020, at Newport Beach, California.

_____
Audrey Evans

3733.101 / 8445028.1

- 1 -

1

## SERVICE LIST

2

3

Edwin J. Richards
Christopher D. Glos
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, California 92614-8595

Tel:    (949) 417-0999
Fax:    (949) 417-5394
Edwin.Richards@KutakRock.com
Christopher.Glos@KutakRock.com

**[Defendants CITY OF SAN JUAN
CAPISTRANO, J.R. TORREZ, and
ALEJANDRA MOLINA]**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3733.101 / 8445028.1

PROOF OF SERVICE