UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   8:19-cv-01497-JVS(ADSx)                                    Date: December 4, 2024

Title   Schuyler Lifschultz et al v. City of San Juan Capistrano et al


Present: The Honorable:     **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

|   Elsa Vargas   |   Not Present   |
|---|---|
|   Deputy Clerk   |   Court Reporter / Recorder   |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  [IN CHAMBERS] ORDER TO SHOW CAUSE RE JURY INSTRUCTIONS**

          Plaintiffs Schuyler Lifschultz *et al.* (collectively "Plaintiffs) filed a unilateral set of proposed jury instructions on December 5, 2024, the last date for filing.  (Docket No. 130.)   The document is stricken.


     The City of San Juan Capistrano *et al.* (collectively "City) neither filed a joint set of jury instructions nor sought relief from its obligation.  The Court directs the City to appear in person at 8:00 a.m. December 6, 2024, to show cause why the answer should not be stricken, counsel should not be sanctioned, or the Court should not impose other relief.  The filing of a proposed set of joint instructions by the closed of business on December 5,2024 would be deemed an adequate response, and the hearing would be vacated.

          The Court takes seriously the deadlines in its orders and counsel's duty cooperate.

     **It is so Ordered.**