NEWMEYER & DILLION LLP
CHARLES S. KROLIKOWSKI, CBN 185177
Charles.Krolikowski@ndlf.com
JASON MOBERLY CARUSO, CBN 287809
Jason.Caruso@ndlf.com
895 Dove Street, Second Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiffs
SCHUYLER LIFSCHULTZ, MYLES SACHS, and ASHBY ENTERPRISES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHUYLER LIFSCHULTZ; MYLES SACHS; and ASHBY ENTERPRISES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JUAN CAPISTRANO; J.R. TORREZ, individually; ALEJANDRA MOLINA, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:19-cv-01497-JVS-ADS<br>District Judge: James V. Selna<br>Magistrate Judge: Autumn D. Spaeth<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br>FILE DATE: August 2, 2019<br>TRIAL DATE: December 10, 2024 |

3733.101 / 16155263.1

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Schuyler Lifschultz, Myles Sachs, and Ashby Enterprises, LLC ("Plaintiffs"), on the one hand, and Defendants City of San Juan Capistrano, J.R. Torrez, and Alejandra Molina, on the other hand ("Defendants"), being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this entire action, including each and every claim, count, and cause of action asserted therein, be dismissed with prejudice. Each party is to bear its own costs, expenses and fees, including attorneys' fees.

Dated: February 11, 2025          NEWMEYER & DILLION LLP


By: _____*/s/ Jason Moberly Caruso*_____
Charles S. Krolikowski
Jason M. Caruso
Attorneys for Plaintiffs
SCHUYLER LIFSCHULTZ, MYLES SACHS, and ASHBY ENTERPRISES, LLC


Dated: February 11, 2025          KUTAK ROCK LLP


By: _____*/s/ Charles C. McKenna*_____
Edwin J. Richards
Charles C. McKenna
Amir Farahani
Attorneys for Defendants
CITY OF SAN JUAN CAPISTRANO, J.R. TORREZ, and ALEJANDRA MOLINA

**Local Rule 5-4.3.4 Attestation**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Jason Moberly Caruso, as the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 11, 2025          NEWMEYER & DILLION LLP


By:     */s/ Jason Moberly Caruso*
        Charles S. Krolikowski
        Jason M. Caruso
        Attorneys for Plaintiffs
        SCHUYLER LIFSCHULTZ, MYLES SACHS, and ASHBY ENTERPRISES, LLC